UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBN HAQQ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARGARET MIMS, et al.,<br><br>　　　　　Defendants. | 1:20-cv-01547-NONE-GSA (PC)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED ON APRIL 21, 2021**<br>**(ECF No. 8.)**<br><br>**ORDER RESOLVING PAYMENT OF FILING FEE** |

　　　Ibn Haqq ("Plaintiff") is a Fresno County Jail inmate proceeding *pro se* with this civil rights action under 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 2, 2020. (ECF No. 1.)

　　　On April 21, 2021, the court issued findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee for this action. (ECF No. 8.) On May 12, 2021, Plaintiff paid the $400.00 filing fee in full. (Court docket.) Given that Plaintiff has paid the filing fee in full, the court shall withdraw the findings and recommendations issued on April 21, 2021.

　　　Accordingly, **IT IS HEREBY ORDERED** that:

　　　1.　　The findings and recommendations issued on April 21, 2021, are WITHDRAWN; and

　　　2.　　Payment of the filing fee for this case is RESOLVED.

IT IS SO ORDERED.

　Dated:　**May 13, 2021**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE