UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBN HAQQ,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARGARET MIMS, et al.,<br><br>          Defendants. | 1:20-cv-01547-JLT-GSA (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CLARIFICATION**<br><br>**(ECF No. 12.)** |

   Ibn Haqq ("Plaintiff") is a Fresno County Jail inmate proceeding *pro se* with this civil rights action under 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on November 2, 2020.  (ECF No. 1.)

   On March 2, 2022, Plaintiff filed a request for clarification, requesting the court to verify that he is proceeding *pro se* with this civil rights action under § 1983.  (ECF No. 12.)  By this order, Plaintiff's request is granted.

IT IS SO ORDERED.

   Dated:   **March 10, 2022**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE