UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBN HAQQ,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARGARET MIMS, et al.,<br><br>        Defendants. | 1:20-cv-01547-JLT-GSA (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST**<br><br>**(ECF No. 14.)** |

Ibn Haqq ("Plaintiff") is a Fresno County Jail inmate proceeding *pro se* with this civil rights action under 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 2, 2020. (ECF No. 1.)

On July 20, 2022, Plaintiff filed a request for the Court to send him a request for an *informal response*. (ECF No. 14.) Plaintiff seeks permission to attend the law library at the Fresno County Jail where he is currently incarcerated. Plaintiff states that his prior request to attend the law library was denied by a jail official because he did not provide the proper documentation. The official told Plaintiff that "Departmental Policy states, 'inmates requesting law library access in a civil case will only be granted access if the inmate provides an order to show cause or a request for an informal response.'" (ECF No. 14 at 3 ¶6.) Therefore, Plaintiff requests the Court to send him a "request for an informal response" in this case so that jail officials will allow him into the law library.

Plaintiff's request is highly unusual and not one the court will grant. Plaintiff should know that pursuant to California Code of Regulations, Title 15, Section 3123 he has, with exceptions, access rights to the jail library. More importantly, this Court currently has no personal jurisdiction over the Fresno County Jail and therefore cannot issue orders concerning it (see, Connelly v. Dudley 2017 US Dist Lexis 1845230). Therefore, Plaintiff's request shall be denied.

Accordingly, based on the foregoing, Plaintiff's request for the Court to send Plaintiff a "request for an informal response" in this case, filed on July 20, 2022, is denied.

IT IS SO ORDERED.

Dated:   **October 23, 2022**                        **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE