UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBN HAQQ, | 1:20-cv-01547-JLT-GSA (PC) |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO RESPOND AND PROVIDE HIS CURRENT ADDRESS TO THE COURT BY OCTOBER 10, 2023** |
| vs. | |
| MARGARET MIMS, et al., | |
| Defendants. | |

On November 2, 2020, Ibn Haqq ("Plaintiff"), proceeding *pro se*, filed the Complaint commencing this civil rights action under 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff names as defendants Margaret Mims (Sheriff), T. Gattie (Assistant Sheriff), Brian Boggs (Medical Director), and R. Qomar (Nurse Practitioner) (collectively, "Defendants") and alleges that he was provided with inadequate medical treatment. The events at issue in the Complaint allegedly occurred when Plaintiff was a pretrial detainee in the custody of the Fresno County Sheriff.

Local Rule 183(b) requires a party appearing *pro se* to keep the Court and opposing parties advised as to his or her current address. Plaintiff's most recent filing in this case was on July 20, 2022, and he indicated he was being held at the Fresno County Jail in Fresno, California. (ECF No. 14.) At this time, the Court shall require Plaintiff to respond to this order and provide his current address.

Accordingly, **IT IS HEREBY ORDERED** that:

1. **On or before October 10, 2023**, Plaintiff is required to respond to this order and provide his current address to the Court; and

2. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **September 18, 2023**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE