1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IBN HAQQ,                          No.  1:20-cv-01547 JLT GSA (PC)

12            Plaintiff,                 ORDER DIRECTING CLERK OF COURT TO
                                         SEND PLAINTIFF COURTESY COPY OF
13        v.                             FIRST AMENDED COMPLAINT

14   MARGARET MIMS, et al.,              (ECF No. 21)

15            Defendants.                ORDER GRANTING PLAINTIFF'S
                                         REQUEST FOR EXTENSION OF TIME TO
16                                       FILE SECOND AMENDED COMPLAINT

17                                       (ECF No. 24)

18                                       PLAINTIFF'S SECOND AMENDED
                                         COMPLAINT DUE **SEPTEMBER 9, 2024**
19
                                         ORDER DISREGARDING AS
20                                       DUPLICATIVE PLAINTIFF'S REQUEST
                                         FOR EXTENSION OF TIME TO FILE
21                                       SECOND AMENDED COMPLAINT

22                                       (ECF No. 25)

23

24        Plaintiff has filed two motions for a thirty-day extension of time to file a second amended

25   complaint.  ECF Nos. 24, 25.  In support of the first-filed motion, Plaintiff states that he has put in

26   several requests to go to the law library, but he has not received timely responses.  ECF No. 24 at

27   1.  He also attaches some of his request forms.  Id. at 2-7.  Plaintiff also states that because his

28

                                          1

first amended complaint was filed some time ago, he no longer has a copy of it and as a result he would like a copy of it sent to him by the Court. ECF No. 24 at 1.

Plaintiff's first filed extension of time request (ECF No. 24) will be granted.  Because Plaintiff's second-filed extension of time request (ECF No. 25) is duplicative, it will be disregarded as such.  In addition, as a one-time courtesy, the Clerk of Court will be ordered to send Plaintiff a copy of his first amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  As a one-time courtesy, the Clerk of Court shall send Plaintiff a copy of his first amended complaint.  See ECF No. 21;

2.  Plaintiff's first-filed motion for an extension of time (ECF No. 24) is GRANTED;

3.  Within thirty days from the date of this order – **by September 9, 2024,** – Plaintiff shall file a second amended complaint, and

4.  Plaintiff's second-filed motion for an extension of time (ECF No. 25) is DISREGARDED as DUPLICATIVE.


IT IS SO ORDERED.

Dated:  __**August 8, 2024**__              _____**/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2